Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

Brian Paul Hale
40 SE 146th Ave #148
Portland, OR 97233

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Portland
State of Oregon

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:21-CV-1219-HZ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Paul Hale |
| Street Address | 40 SE 146th Ave #148 |
| City and County | Portland / Multnomah |
| State and Zip Code | OR 97233 |
| Telephone Number | 347 491 1117 |
| E-mail Address | briancastleberry17@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment XIV

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 13th, 2021

Signature of Plaintiff

Printed Name of Plaintiff     Brian Paul Hale

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Mr. Brian Paul Hale

40 S.E. 146th #148

Portland, OR 97233


Mark O. Hatfield U.S. Courthouse

1000 S.W. Third Ave.

Portland, OR 97204


August 13, 2021


**STATEMENY OF CLAIM**

I have been a victim of fraud and discrimination. I have written letters, sent emails, complaints, and filed lawsuits and been ignored by all three credit reporting agencies to improve my credit score. My goal is a perfect credit score, which can never be changed, no hard/soft inquiries, no personal information, and only my name visible. I got a secured credit card to improve my credit score through TD Bank and they lied about my due balance when it was paid in full, they say I owe a $100 dollars, but it was linked to my money market account which had tens of thousands of dollars. I also had an AMEX platinum card and the yearly fee was paid at the start of the account being opened, $230 dollars, with a low credit-limit ($1700), and cancelled without diligently working with me to keep the card opened in a pandemic. Synchrony bank also did the same as AMEX. I had rent, bills, and debts that also had to be paid. There was no leniency nor respect. My credit score went from 730 to 509. This is deceptive. I would never had an AMEX platinum card without a good credit score.

I was discriminated against by Ron Tonkin Toyota and no options were given to me about financing a new car because of this credit score. I can make the monthly payments of $416.00, which was discussed for a new Toyota Rav4, but because of my score was denied any options, except paying a down payment of at least $2,000 dollars and monthly payments of over $600 dollars a month, arrogant. I received my credit reports from TransUnion, Experian, but **NOT** Equifax. I noticed every address I lived at on my credit report, which was not necessary. I have been disputing identity theft for years and I also have been paying off debts. These companies are not willing to work with an individual who is actually paying off debts. I sent in a letter confirming identity theft based on an incomplete report by Duff & Phelps. "Our investigations indicated that some of your information was potentially a part of these incidents, and may have included your name, date of birth, medical record or client identification number, Social Security number and/or driver's license number, health insurance information, and information related to care you received at CASES, such as clinical and treatment information."

Ron Tonkin Toyota, 750 SE 122nd Ave, Portland, OR 97233
Your Credit Score and the Price You Pay for Credit

Credit Score For: BRIAN CASTLEBERRY 40 SE 146TH AVE. APT 148 PORTLAND OR 97233

| Your Credit Score | |
|---|---|
| Your credit score | 508 / 519 EQUIFAX<br>Source: EXPERIAN     Date: 08/12/2021 |
| **Understanding Your Credit Score** | |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 250 to a high of 900.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | [Bar chart: % of consumers with scores in particular range — FICO® Auto Score 8: 250-499: 4%, 500-549: 6%, 550-599: 8%, 600-649: 10%, 650-699: 13%, 700-749: 18%, 750-799: 18%, 800-900: 23%]  Your credit score ranks higher than 5 percent of U.S. consumers. |
| **Checking Your Credit Report** | |
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report —<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By Mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/edu/resources/forms/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, the Federal Trade Commission's web site at www.ftc.gov, or the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

Signature: _____    Date: 8-11-21

Date Printed: 08/12/2021

| FACTS | WHAT DOES Ron Tonkin Dealerships DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>- Social Security number and Income<br>- Credit History and Credit Scores<br>- Account Balances and Payment History<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Ron Tonkin Dealerships chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Ron Tonkin Dealerships share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | Yes |
| **For joint marketing with other financial companies** | No | We Don't Share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We Don't Share |

| To limit our sharing | - Call **503-258-2861** — our menu will prompt you through your choice(s) **or**<br>- Visit us online: **www.tonkin.com/privacy**<br><br>**Please note:**<br><br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 503-255-4100 or go to www.tonkin.com/privacy |

# CASES ■□□□□


4 1 494 ****************AUTO**ALL FOR AADC 100
BRIAN CASTLEBERRY
686 ACADEMY ST APT 32
NEW YORK, NY 10034-4250

March 5, 2021

Dear Brian Castleberry:

CASES takes the privacy and security of our clients' information very seriously. Regrettably, we are writing to inform you of an issue involving some of that information. This notice explains what happened, outlines the measures we have taken in response, and steps you can take.

On November 18, 2020, we determined that a limited number of employee email accounts containing client information were subject to unauthorized access at times between July 6, 2020 and October 4, 2020. We conducted a detailed investigation, with the assistance of outside cyber security firms, to determine how the incident occurred and what information was contained in the email accounts. Subsequently, on January 6, 2021, we learned that some of CASES' information had been acquired by an unauthorized third party. Our investigations indicated that some of your information was potentially a part of these incidents, and may have included your name, date of birth, medical record or client identification number, Social Security number and/or driver's license number, health insurance information, and information related to care you received at CASES, such as clinical and treatment information.

We have secured the services of Kroll to provide identity monitoring at no cost to you for one year. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data.

Visit **https://enroll.idheadquarters.com** to activate and take advantage of your identity monitoring services.
*You have until **May 31, 2021** to activate your identity monitoring services.*
Membership Number: **AUX003953-P**

For more information on safeguarding your identity, and on your complimentary services, please see the additional information provided in this letter.

We deeply regret any concern this incident may cause you. To help prevent something like this from happening again, we are reinforcing education with our staff on email security and have enhanced our security tools. If you have any questions, please call us at 1-855-526-1141, Monday through Friday, between 9:00 a.m. and 6:30 p.m. Eastern Time.

Sincerely,

*Marla Tepper*

Marla Tepper
General Counsel

ELN-7334-494