IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN HALE,

        Plaintiff,

v.

CITY OF PORTLAND and
STATE OF OREGON,

        Defendants.

No. 3:21-cv-01219-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed.

Pending motions, if any, are denied as moot.

DATED: __March 21, 2022_____.

        *Marco Hernández*
        _____
        MARCO A. HERNÁNDEZ
        United States District Judge

1 – JUDGMENT